UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEVIN HURST GILL

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION

NO. 10-615-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated February 9, 2012 (doc. no. 17). The plaintiff filed an objection which largely restates his prior arguments, and to the extent that the factual objections have been raised, the court has conducted a *de novo* review and finds that the decision of the Administrative Law Judge is supported by substantial evidence.

Therefore, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the ALJ's decision is AFFIRMED and the plaintiff's appeal is DISMISSED, with prejudice.

Baton Rouge, Louisiana, this 8th day of March, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA